

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 2, 2020

**VIA ECF**
Honorable Judge Nathan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Dawson v. ABT Electronics, Inc.; Case No: 1:19-cv-06678-AJN

Dear Judge Nathan,

This firm represents Plaintiff Leshawn Dawson (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's December 3, 2019 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now January 2, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

SO ORDERED.

SO ORDERED: 1/3/20
HON. ALISON J. NATHAN

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Matthew B. Corwin
Matthew B. Corwin, Esq.

Cc: All counsel of record (Via ECF)